

Signed and Filed: September 19, 2017

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

VINOD NICHANI-SBN #277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for Debtor in Possession
MARISSA LEGARDA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No.: 16-30924 |
| MARISSA LEGARDA, | ) CHAPTER 11 |
| | ) ORDER CONFIRMING CHAPTER 11 PLAN |
| Debtor in Possession. | ) Date: September 7, 2017 |
| | ) Time: 10:00 A.M. |
| | ) Ctrm: 450 Golden Gate Avenue |
| | ) 16th Floor, Courtroom 19 |
| | ) San Francisco, California 94102 |
| | ) Before: Honorable Hannah L. Blumenstiel |

On September 7, 2017 at 10:00 a.m., before the above-captioned Court, the Court held a hearing on final approval of the above-captioned Debtor's disclosure statement and confirmation of the above-captioned Debtor's plan of reorganization (the "confirmation hearing"). Present for the Debtor was Debtor's counsel, Vinod Nichani of Nichani Law firm.

After review of the ballot summary and the supporting declaration of Marissa Legarda

the Court determined that confirmation of the Debtor's plan was appropriate as the Debtor has proven by preponderance of the evidence that the Debtor's plan of reorganization meets all the requirements of 11 U.S.C. §1129 et. seq.

Payments to Class 2 creditors shall commence on the effective daye.

Accordingly, the plan under chapter 11 of the Bankruptcy Code filed by Marissa Legarda, Debtor and Debtor in Possession (the "DIP") or a summary thereof, having been transmitted to creditors; and it having been determined after hearing on notice that the requirements for confirmation set for in 11 U.S.C. §1129 et seq have been satisfied;

IT IS ORDERED that:

The plan filed by the DIP on July 21, 2017 as ECF/Docket No. 149 (the "Plan"), is confirmed.

**END OF ORDER**

COURT SERVICE LIST-NONE

ORDER CONFIRMING CHAPTER 11 PLAN